Opinion by McCLELLAN, J.

---

# Brooks v. The State.

APPEAL from Chambers Circuit Court.

Tried before the Hon. J. R. TYSON.

SAMFORD & SON, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted of the offense of perjury. Judgment reversed and cause remanded.

Opinion by HEAD, J.

---

# Yoe v. The State.

APPEAL from Gadsden City Court.

Tried before the Hon. JOHN H. DISQUE.

GOODHUE & SIBERT, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny. Reversed and remanded.

Opinion by HARALSON, J.